UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLOTTE M. ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:13-CV-00895-SAB<br><br>ORDER GRANTING DEFENDANTS MOTION FOR AN EXTENSION OF TIME |

　　　　Defendant moves for an extension of time to respond to Plaintiff's complaint.  The Court finds good cause to extend time for Defendants to respond in this action.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant shall file and serve the administrative record on or before **March 18, 2014**;

　　　　2.　　Plaintiff's confidential letter brief shall be served on or before **April 18, 2014**;

　　　　3.　　Commissioner's confidential letter brief shall be served on or before **May 23, 2014**;

　　　　4.　　Any stipulation to remand the case shall be filed on or before **June 23, 2014**;

　　　　5.　　Plaintiff's opening brief shall be filed on or before **June 23, 2014**;

　　　　6.　　Commissioner's responsive brief shall be filed on or before **July 23, 2014**; and

7.      Plaintiff may file a reply brief on or before **August 8, 2014**.

IT IS SO ORDERED.

Dated:   **January 16, 2014**

UNITED STATES MAGISTRATE JUDGE