UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLOTTE M. ARMSTRONG,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:13-CV-00895-SAB<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE OPENING BRIEF<br><br>(ECF No. 13)<br><br>RESPONSE DUE WITHIN THIRTY DAYS |

Plaintiff Charlotte M. Armstrong is proceeding pro se and in forma pauperis in this action appealing the denial of Social Security benefits. On January 16, 2014, the Court issued an order amending the scheduling order and directing Plaintiff to file her opening brief on or before June 23, 2014. Plaintiff has not filed an opening brief in this action.

Based on Plaintiff's failure to comply with the scheduling order, IT IS HEREBY ORDERED that within thirty days from the date of service of this order, Plaintiff is to show cause why this action should not be dismissed for her failure to file an opening brief in compliance with the January 16, 2014 amended scheduling order.

IT IS SO ORDERED.

Dated:   **June 25, 2014**

UNITED STATES MAGISTRATE JUDGE

1